UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:18 CR 628 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| PAUL LOVE, | ) | REFERRAL TO U.S. PROBATION |
| | ) | <u>OFFICE</u> |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David A. Ruiz, regarding the change of plea hearing of Paul Love, which was referred to the Magistrate Judge with the consent of the parties.

On October 24, 2018, the government filed a four count Indictment, charging Defendant Paul Love with, Conspiracy to Obstruct Justice, in violation of Title 18 U.S.C. § 1512k, Obstruction of Justice, in violation of 18 U.S.C. § 1512(c)(2), Obstruction of Proceedings, in violation of 18 U.S.C. § 1505 and 2, and False Statements to Law Enforcement, in violation of 18 U.S.C. § 1001. Defendant Love was arraigned on October 30, 2018, and entered a plea of not guilty to Counts 1 through 4 of the Indictment, before Magistrate Judge Limbert. On July 19, 2019, Magistrate Judge Ruiz received Defendant Love's plea of guilty to Count 1 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Love is found to be competent to enter a plea and to understand his constitutional rights. He is aware of

the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Love is adjudged guilty to Count 1 of the Indictment, in violation of Title 18 U.S.C. § 1525, Conspiracy to Obstruct Justice. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on October 22, 2019, at 2:00 p.m. in Courtroom 17A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

August 7, 2019